UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
ORGANIC DYES AND PIGMENTS, LLC,     )
                                    )
            Plaintiff,              )
                                    )
     v.                             )   C.A. No. 18-18 WES
                                    )
                                    )
WAYNE RECTOR and DIVERSIFIED        )
COLORS, INC.,                       )
                                    )
            Defendants.             )
_____)

### ORDER

WILLIAM E. SMITH, Chief Judge.

The parties in this case disagree as to the scope of discovery the Court allowed when it granted in part and denied in part Plaintiff Organic Dyes and Pigments, LLC,'s ("Organic") Motion for Temporary Restraining Order ("TRO") and Limited Expedited Discovery (ECF No. 2).

The parties limn their disagreement in a Joint Status Report (ECF No. 11). Plaintiff asks that it be permitted to obtain any Organic-related documents in Defendant Wayne Rector's possession and to depose Rector without limitation. Plaintiff contends that to limit discovery to jurisdictional matters would be impractical.

Defendants maintain that the Court did not grant Plaintiff's request for merits-based discovery in full at the January 25, 2018, TRO conference, and in any case, that it makes more sense to limit

discovery to the threshold issues they raised at the TRO conference — namely, personal jurisdiction, and the existence and enforceability of any non-compete or confidentiality agreements between Rector an Organic.

Defendants have it right. Accordingly, the parties may take discovery limited to the following issues: (1) the existence of personal jurisdiction over Defendants and (2) the enforceability of the 1989 and 1995 Agreements between Rector and Organic. Plaintiff may take the deposition of Rector on these issues, not to exceed two hours.

The schedule for this discovery shall be that agreed to in the parties' Joint Status Report.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date: February 7, 2018